IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Patent Group LLC, | § | |
| Relator | § | |
| | § | |
| v. | § | Civil Action No. 2:11-cv-010-TJW |
| | § | |
| Discraft, Inc., | § | |
| Defendant | § | Jury Trial Demanded |

## **AGREED MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Plaintiff PATENT GROUP, LLC by and through its attorney of record to file this its Motion to Dismiss with Prejudice the above-referenced civil action.

The above-referenced civil action has been resolved by compromise and settlement. As a result Plaintiff no longer wishes to pursue the litigation. Both parties respectfully request that the above-referenced civil action be dismissed, with prejudice.  Attached to this Motion is the proposed Order for consideration and approval of the Court.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Plaintiff respectfully moves to dismiss the above-referenced civil action with prejudice. All attorneys' fees, expenses, and court costs related to this litigation will be paid by the party incurring same.

Plaintiff respectfully requests that an order be entered dismissing the above-referenced civil action, with prejudice.

Dated:  May 6, 2011                                Respectfully submitted,

                                                    ___/s/ Stafford Davis_____

                                                   Stafford Davis
                                                   Lead Counsel
                                                   State Bar No. 24054605
                                                   The Stafford Davis Firm, PC
                                                   305 S. Broadway, Suite 406
                                                   Tyler, Texas 75702
                                                   (903) 593-7000
                                                   sdavis@stafforddavisfirm.com


                                                   ATTORNEY FOR RELATOR


                            CERTIFICATE OF SERVICE

        I hereby certify that all counsel of record who have consented to electronic service are

being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-

5(a)(3) on this 6th day of May 2011. Any other counsel of record will be served by first class

U.S. mail on this same date.



                                                    __/s/ Stafford Davis_____

                                                   ATTORNEY FOR RELATOR